[No. 51621-3-I. Division One. March 22, 2004.]

*In the Matter of the Estate of* RUDOLPH KRAPPES.

EDWIN R. GARTEN, *as Personal Representative, Appellant*, v. SONDRA LEE DALEY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-4-00798-7, Richard McDermott, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Appelwick, J. Now published at 121 Wn. App. 653.

[No. 51789-9-I. Division One. March 22, 2004.]

*In the Matter of the Guardianship of* PAULINE GIBSON.

Appeal from a judgment of the Superior Court for King County, No. 01-4-02919-1, Nicole MacInnes, J., entered December 30, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51808-9-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. HUGH ALLEN STOVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03571-6, Catherine D. Shaffer, J., entered February 2, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51826-7-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES FREDRICK THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10483-3, George T. Mattson, J., entered January 10, 2003. *Affirmed* by unpublished per curiam opinion.